**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors.  For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car.  When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them.  In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2.  The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Charles** <br> First Name <br><br> **Gregory** <br> Middle Name <br><br> **Moss** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Sheryl** <br> First Name <br><br> **Lynn** <br> Middle Name <br><br> **Moss** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | **Greg** <br> First Name <br><br> _____ <br> Middle Name <br><br> **Moss** <br> Last Name <br><br> **Charles** <br> First Name <br><br> **G.** <br> Middle Name <br><br> **Moss** <br> Last Name | First Name <br><br> Middle Name <br><br> Last Name <br><br> First Name <br><br> Middle Name <br><br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – <u>5</u> <u>5</u> <u>6</u> <u>3</u> <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – <u>0</u> <u>0</u> <u>7</u> <u>2</u> <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **Charles Gregory Moss** | | |
|---|---|---|---|
| Debtor 2 | **Sheryl Lynn Moss** | Case number (if known) | |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☐ I have not used any business names or EINs.

**The Right Supplies**
Business name

**N The Air**
Business name

**Neurodiagnostics**
Business name

4 7 – 1 0 2 5 3 0 7
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

☐ I have not used any business names or EINs.

**The Right Supplies**
Business name

**N The Air**
Business name

Business name

4 7 – 1 0 2 5 3 0 7
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**514 Midway Crest**
Number     Street

**San Antonio          TX     78258**
City                          State     ZIP Code

**Bexar**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number     Street

P.O. Box

City                          State     ZIP Code

If Debtor 2 lives at a different address:

Number     Street

City                          State     ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number     Street

P.O. Box

City                          State     ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.**    **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.**    **Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

District   **Western District of Texas**    When **03/05/2018**    Case number **18-50477**

                                      MM / DD / YYYY

District _____ When _____ Case number _____

                                        MM / DD / YYYY

District _____ When _____ Case number _____

                                        MM / DD / YYYY

**10.**   **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____

                                      MM / DD / YYYY    if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____

                                      MM / DD / YYYY    if known

**11.**   **Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

        ☑ No. Go to line 12.

        ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**LegalShield**
Name of business, if any

**514 Midway Crest**
Number    Street

_____

**San Antonio**                              **TX**        **78258**
City                                                State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?



If immediate attention is needed, why is it needed?



Where is the property? _____
                        Number    Street

_____

_____
City                              State      ZIP Code

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No.  Go to line 16b.

☑ Yes.  Go to line 17.

16b. **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.

☐ Yes.  Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☑ 50-99         ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Charles Gregory Moss** _____

    Charles Gregory Moss, Debtor 1

    Executed on **08/07/2019** _____

           MM / DD / YYYY

X **/s/ Sheryl Lynn Moss** _____

    Sheryl Lynn Moss, Debtor 2

    Executed on **08/07/2019** _____

           MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ J. Todd Malaise** _____    Date **08/07/2019** _____

Signature of Attorney for Debtor                                              MM / DD / YYYY

**J. Todd Malaise** _____

Printed name

**Malaise Law Firm** _____

Firm Name

**909 NE Loop 410, STE 300** _____

Number          Street

**San Antonio TX, 78209** _____

_____

_____

City                                                      State          ZIP Code

Contact phone  **(210) 732-6699** _____    Email address **notices@malaiselawfirm.com** ___

**00796984** _____    **TX** _____

Bar number                                                State

| Debtor 1 | **Charles** | **Gregory** | **Moss** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.

**6050 Castle Queen**
Street address, if available, or other description

_____

**San Antonio          TX     78218**
City                        State   ZIP Code

**Bexar**
County

**6050 Castle Queen**
**Value per county appraisal.**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other **Rental property**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $91,350.00 | $91,350.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Rental House**

☑ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................➔

| $91,350.00 |
|---|

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the<br>amount of any secured claims on *Schedule D:<br>Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Toyota** | ☑ Debtor 1 only | | |
| Model: | **Camry** | ☐ Debtor 2 only | **Current value of the<br>entire property?** | **Current value of the<br>portion you own?** |
| Year: | **1997** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **130,000** | ☐ At least one of the debtors and another | **$2,000.00** | **$2,000.00** |

Other information:
**1997 Toyota Camry (approx. 130,000
miles)**

☑ **Check if this is community property**
(see instructions)

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2.  Write that number here.......................................................➔   | **$2,000.00** |

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

6.    **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....   | Household goods & furnishings | **$4,000.00** |

7.    **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....   | Electronics | **$3,000.00** |

8.    **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

9.    **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes.  Describe.....   | Exercise equipment, misc tools | **$500.00** |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No
   ☐ Yes. Describe..... [_____]    _____

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe..... **Clothes**    $700.00

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ☑ Yes. Describe..... **Jewelry**    $500.00

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe..... [_____]    _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific
      information............. [_____]    _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here........................................................................** ➔    $8,700.00

---

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes.............................................................................................. Cash: ..........................    $250.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes............................    Institution name:

   | | | |
   |---|---|---|
   | 17.1. | Checking account: | **IBC Bank (Debtor)** | $770.00 |
   | 17.2. | Checking account: | **The Bank of San Antonio (personal)** | $1,400.00 |
   | 17.3. | Savings account: | **The Bank of San Antonio (personal)** | $100.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them.......................... Name of entity:                          % of ownership:

    **The Right Supplies, LLC- assets are valued at $40,758 with a lien of $51,848.  Other business liabilities total approximately $255k.**     **100%**          **$0.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.     Type of account:     Institution name:

    Retirement account:  **Joint-Debtor's TRS Retirement**          **$48,000.00**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes............................          Institution name or individual:

    Security deposit on rental unit:  **Security deposit on rental unit**          **$2,500.00**

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific information about them

**27.  Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific
   information about them

| Debtor's license to sell legal services in state of Texas | Unknown |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28.  Tax refunds owed to you**

☐ No
☑ Yes.  Give specific information
   about them, including whether
   you already filed the returns
   and the tax years.....................

| Federal: Debtors have not yet filed their 2018 income tax return.  It is unknown if the Debtors will receive a tax refund.  Amt: Unknown | | |
|---|---|---|
| | Federal: | Unknown |
| | State: | $0.00 |
| | Local: | $0.00 |

**29.  Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

**30.  Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
   compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

**31.  Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
   company of each policy
   and list its value................   Company name:            Beneficiary:            Surrender or refund value:

| **Debtor's Banner Life term life insurance policy** | **Joint-Debtor** | $0.00 |
| **Joint-Debtor's Banner Life term life insurance policy** | **Debtor** | $0.00 |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........ [_____]    _____

**35.** **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information [_____]    _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................➔ [    $53,020.00 ]

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

---

**37.** **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38.** **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.. [_____]    _____

**39.** **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.. [_____]    _____

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe.. [_____]    _____

**41.** **Inventory**

☑ No
☐ Yes. Describe.. [_____]    _____

**42.** **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                    % of ownership:

**43.** **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.... [_____]    _____

44. **Any business-related property you did not already list**

    ☒ No
    ☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................................➔ | **$0.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☒ No.  Go to Part 7.
    ☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

    ☒ No
    ☐ Yes.... _____    _____

48. **Crops--either growing or harvested**

    ☒ No
    ☐ Yes.  Give specific
    information................    _____    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☒ No
    ☐ Yes.... _____    _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☒ No
    ☐ Yes.... _____    _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☒ No
    ☐ Yes.  Give specific
    information................    _____    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**..................................................................................➔ | **$0.00** |

---

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

     ☑ No
     ☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**............................................ ➔  | $0.00 |

---

## Part 8:  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**.................................................................................................................... ➔  $91,350.00

56.  **Part 2: Total vehicles, line 5**            $2,000.00

57.  **Part 3: Total personal and household items, line 15**            $8,700.00

58.  **Part 4: Total financial assets, line 36**            $53,020.00

59.  **Part 5: Total business-related property, line 45**            $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**            $0.00

61.  **Part 7: Total other property not listed, line 54**        +   $0.00

62.  **Total personal property.**    Add lines 56 through 61.................    | $63,720.00 |    Copy personal property total  ➔  +   $63,720.00

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................    | **$155,070.00** |

**Fill in this information to identify your case:**

| Debtor 1 | Charles | Gregory | Moss |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sheryl | Lynn | Moss |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**6050 Castle Queen**<br>**Value per county appraisal.**<br>Line from *Schedule A/B*: __1.1__ | **$91,350.00** | ☑ **$22,497.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**1997 Toyota Camry (approx. 130,000 miles)**<br>Line from *Schedule A/B*: __3.1__ | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Household goods & furnishings**<br><br>Line from *Schedule A/B*: ___6___ | **$4,000.00** | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Electronics**<br><br>Line from *Schedule A/B*: ___7___ | **$3,000.00** | ☑ **$3,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Exercise equipment, misc tools**<br><br>Line from *Schedule A/B*: ___9___ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Clothes**<br><br>Line from *Schedule A/B*: ___11___ | **$700.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Jewelry**<br><br>Line from *Schedule A/B*: ___12___ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**Cash on hand**<br><br>Line from *Schedule A/B*: ___16___ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**IBC Bank (Debtor)**<br><br>Line from *Schedule A/B*: ___17.1___ | **$770.00** | ☑ **$770.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**The Bank of San Antonio (personal)**<br><br>Line from *Schedule A/B*: ___17.2___ | **$1,400.00** | ☑ **$1,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**The Bank of San Antonio (personal)**<br><br>Line from *Schedule A/B*: ___17.3___ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**The Right Supplies, LLC- assets are valued at $40,758 with a lien of $51,848. Other business liabilities total approximately $255k.**<br>Line from *Schedule A/B:* __19__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Joint-Debtor's TRS Retirement**<br>Line from *Schedule A/B:* __21__ | **$48,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description:<br>**Security deposit on rental unit**<br>Line from *Schedule A/B:* __22__ | **$2,500.00** | ☑ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Debtor's license to sell legal services in state of Texas**<br>Line from *Schedule A/B:* __27__ | **Unknown** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Debtors have not yet filed their 2018 income tax return. It is unknown if the Debtors will receive a tax refund.**<br>Line from *Schedule A/B:* __28__ | **Unknown** | ☑ **$283.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Debtor's Banner Life term life insurance policy**<br>Line from *Schedule A/B:* __31__ | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| Brief description:<br>**Joint-Debtor's Banner Life term life insurance policy**<br>Line from *Schedule A/B:* __31__ | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **Charles Gregory Moss**         CASE NO
           **Sheryl Lynn Moss**

CHAPTER  **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

**Exemption Totals by Category:**
Scheme Selected: **Federal**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $91,350.00 | $68,853.00 | $22,497.00 | $22,497.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $4,000.00 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 7. | Electronics | $3,000.00 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $700.00 | $0.00 | $700.00 | $700.00 | $0.00 |
| 12. | Jewelry | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $250.00 | $0.00 | $250.00 | $250.00 | $0.00 |
| 17. | Deposits of money | $2,270.00 | $0.00 | $2,270.00 | $2,270.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $48,000.00 | $0.00 | $48,000.00 | $48,000.00 | $0.00 |
| 22. | Security deposits and prepayments | $2,500.00 | $0.00 | $2,500.00 | $2,500.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $283.00 | $0.00 |

IN RE: **Charles Gregory Moss**
          **Sheryl Lynn Moss**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$155,070.00** | **$68,853.00** | **$86,217.00** | **$86,500.00** | **$0.00** |

IN RE: **Charles Gregory Moss**            CASE NO
**Sheryl Lynn Moss**

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 2*

### Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes
of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$155,070.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$155,070.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$68,853.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$68,853.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$86,217.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$86,217.00** |
| J.  Total Exemptions Claimed          (Wild Card Used: $27,800.00, Available: $0.00) | **$86,500.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

**Fill in this information to identify your case:**

| Debtor 1 | Charles | Gregory | Moss |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Sheryl | Lynn | Moss |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|
| | Describe the property that secures the claim: | $66,346.00 | $91,350.00 |
| **Bank of America, N.A.** | **6050 Castle Queen** | | |
| Creditor's name | | | |
| **PO Box 31785** | | | |
| Number     Street | | | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Tampa** | **FL** | **33631** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **01/2008**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

Last 4 digits of account number     9   8   6   4

Add the dollar value of your entries in Column A on this page. Write that number here:

$66,346.00

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Bexar County**
Creditor's name
**c/o Don Stecker**
Number    Street
**Linebarger Goggan Blair & Sampson**

**711 Navarro, Ste. 300**

**San Antonio        TX    78205**
City                State    ZIP Code

**Describe the property that secures the claim:**

**6050 Castle Queen**

Column A: **$2,507.00**   Column B: **$91,350.00**

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred    2018**

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Property Taxes**

**Last 4 digits of account number    ___ ___ ___ ___**

**Property taxes- 6050 Castle Queen**
**Paid via escrow**

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$2,507.00**

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

**$68,853.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **Gregory** | **Moss** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☑ No.  Go to Part 2.
☐ Yes.

2.  **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City                State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify _____

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑  Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | **$1,353.00** |
|---|---|---|

**All States Services**
Nonpriority Creditor's Name
**PO Box 94258**
Number       Street

**Las Vegas          NV    89193**
City                State    ZIP Code

**Who incurred the debt?**    Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

Last 4 digits of account number    **0    6    7    0**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.

☑  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Rental**

| 4.2 | | **$17,175.00** |
|---|---|---|

**Alltran Financial, LP**
Nonpriority Creditor's Name
**PO Box 610**
Number       Street

**Sauk Rapids         MN    56379**
City                State    ZIP Code

**Who incurred the debt?**    Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

Last 4 digits of account number    **2    1    8    2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Collecting for -CACH LLC**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

**4.3**

| | **$18,207.00** |

**American Express**
Nonpriority Creditor's Name

**PO Box 981537**
Number        Street

_____

_____

**El Paso**           **TX**      **79998**
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4**  **9**  **9**  **9**
When was the debt incurred?    **1989**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**4.4**

| | **$1,150.00** |

**Ashley Productions Inc**
Nonpriority Creditor's Name

**110 Ashley Road**
Number        Street

_____

**Newtown Square**     **PA**     **19073**
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

**4.5**

| | **$741.00** |

**Bank of America, N.A.**
Nonpriority Creditor's Name

**PO Box 31785**
Number        Street

_____

**Tampa**              **FL**      **33631**
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2**  **6**  **7**  **5**
When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

### 4.6

**Barnett & Garcia**
Nonpriority Creditor's Name
**3821 Juniper Trace, Suite 108**
Number          Street

_____

**Austin                TX      78738**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$25,331.00**

Last 4 digits of account number    **4    0    0    1**
When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney for Tyco Integrated Security**

### 4.7

**BBVA/Compass Bank**
Nonpriority Creditor's Name
**2009 Beltline Road SW**
Number          Street

_____

**Decatur                AL      35603**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$29,595.00**

Last 4 digits of account number    **9    8    9    1**
When was the debt incurred?    **2015**

As of the date you file, the claim is:  Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

### 4.8

**BBVA/Compass Bank**
Nonpriority Creditor's Name
**2009 Beltline Road SW**
Number          Street

_____

**Decatur                AL      35603**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$29,910.00**

Last 4 digits of account number    **4    1    7    1**
When was the debt incurred?    _____

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Money loaned**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**Total claim: $2,000.00**

**Biehl & Biehl, Inc**
Nonpriority Creditor's Name

**325 E. Fullerton Ave.**
Number    Street

_____

**Carol Stream**    **IL**   **60188**
City      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for Learning Resources**

### 4.10

**Total claim: $138,220.00**

**BSI Financial Services**
Nonpriority Creditor's Name

**PO Box 517**
Number    Street

_____

**Titusville**    **PA**   **16354**
City      State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**1st Mortgage- 1715 Mountain Cove**

**Last 4 digits of account number** __5__ __6__ __2__ __6__

**When was the debt incurred?** __12/12/2005__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Mortgage**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.11**

$45,104.00

**Can Capital Asset Servicing Inc**
Nonpriority Creditor's Name
**155 North 400 west, Sutie 315**
Number　　　Street
_____

**Salt Lake City　　　UT　　84103**
City　　　　　　　State　　ZIP Code

Who incurred the debt?　Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Debt**

**4.12**

$5,651.00

**Capital One Bank**
Nonpriority Creditor's Name
**P.O. Box 71083**
Number　　　Street
_____

**Richmond　　　VA　　23285**
City　　　　　　State　　ZIP Code
Who incurred the debt?　Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  0  0  4  7
When was the debt incurred?　2002

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

**4.13**

$21,577.00

**Capital One Bank**
Nonpriority Creditor's Name
**P.O. Box 71083**
Number　　　Street
_____

**Richmond　　　VA　　23285**
City　　　　　　State　　ZIP Code
Who incurred the debt?　Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  0  7  3  5
When was the debt incurred?　08/2015

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

| 4.14 | | **$16,757.00** |

**Capital One Bank**
Nonpriority Creditor's Name
**P.O. Box 71083**
Number        Street

_____

**Richmond            VA    23285**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0    6    7    2**
**When was the debt incurred?**    **07/2015**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

| 4.15 | | **$32,598.00** |

**Capital One Bank**
Nonpriority Creditor's Name
**P.O. Box 71083**
Number        Street

_____

**Charlotte            NC    28272**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8    4    8    9**
**When was the debt incurred?**    **08/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

| 4.16 | | **$21,300.00** |

**Capital One Bank**
Nonpriority Creditor's Name
**P.O. Box 71083**
Number        Street

_____

**Richmond            VA    23285**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0    7    3    5**
**When was the debt incurred?**    **07/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.17 | | **$827.00** |
|---|---|---|

**Charles Leonard Inc**
Nonpriority Creditor's Name
**145 Kenndy Drive**
Number      Street
**PO Box 18048**

_____

**Hauppauge                NY      11788**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    0   9   7   4
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

| 4.18 | | **$11,755.00** |
|---|---|---|

**Chase**
Nonpriority Creditor's Name
**PO Box 15298**
Number      Street

_____

**Wilmington              DE      19801**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    5   5   5   8
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

| 4.19 | | **$16,375.00** |
|---|---|---|

**Chase**
Nonpriority Creditor's Name
**PO Box 15298**
Number      Street

_____

**Wilmington              DE      19801**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    5   3   1   3
**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.20 | | **$25,088.00** |
|---|---|---|

**Chase**
Nonpriority Creditor's Name
**PO Box 15298**
Number        Street

Last 4 digits of account number   **0   8   5   6**
When was the debt incurred?   **2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington            DE     19850**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| 4.21 | | **$17,738.00** |
|---|---|---|

**Chase**
Nonpriority Creditor's Name
**PO Box 15298**
Number        Street

Last 4 digits of account number   **5   0   7   4**
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington            DE     19801**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| 4.22 | | **$11,245.00** |
|---|---|---|

**Credit Human Federal Credit Union**
Nonpriority Creditor's Name
**PO Box 1356**
Number        Street

Last 4 digits of account number   **3   4   2   0**
When was the debt incurred?   **4/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio           TX     78295**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Judgment**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.23

**$36,565.00**

**Credit Human Federal Credit Union**
Nonpriority Creditor's Name
**PO Box 1356**
Number     Street

_____

**San Antonio        TX     78232**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3   4   2   0**
When was the debt incurred?    **05/2007**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Personal Loan**

---

4.24

**$8,693.00**

**Discover Bank**
Nonpriority Creditor's Name
**Discover Bank Products Inc**
Number     Street
**PO Box 3025**

_____

**New Albany          OH     43054**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4   3   2   7**
When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

---

4.25

**$5,822.00**

**Discover Bank**
Nonpriority Creditor's Name
**Discover Bank Products Inc**
Number     Street
**PO Box 3025**

_____

**New Albany          OH     43054**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3   7   7   1**
When was the debt incurred?    **07/2015**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

---

Debtor 1    **Charles Gregory Moss**

Debtor 2    **Sheryl Lynn Moss**
_____    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.26**

| | **Unknown** |
|---|---|

**Evan-Moor Educational Publishers**
Nonpriority Creditor's Name

**18 Lower Ragsdale Drive**
Number        Street
_____
_____

**Monterey**                **CA**      **93940-5746**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8**  **1**  **8**  **2**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

---

**4.27**

| | **$2,171.00** |
|---|---|

**Freedman & Price, P.C.**
Nonpriority Creditor's Name

**1102 West Avenue, Suite 200**
Number        Street
_____
_____

**Austin**                  **TX**      **78701**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4**  **4**  **0**  **9**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collecting for Scholastic**

---

**4.28**

| | **$1,020.00** |
|---|---|

**Gallopade International Inc**
Nonpriority Creditor's Name

**P.O. Box 2779**
Number        Street
_____
_____

**Peachtree City**          **GA**      **30269**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8**  **8**  **6**  **7**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.29**

**$1,338.00**

**Highsmith**
Nonpriority Creditor's Name

**P.O. Box 8010**
Number    Street

_____

**Madison**      **WI**    **53708-8010**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **4**   **5**   **2**   **7**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

  **Business Debt**

---

**4.30**

**$46,828.00**

**Joseph Mann & Creed**
Nonpriority Creditor's Name

**8948 Canyon Falls Blvs Suite 200**
Number    Street

_____

**Twinsburg**      **OH**    **44087**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **8**   **6**   **7**   **8**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

  **Collecting for DDR**

---

**4.31**

**$0.00**

**Josephine Ruiz-Healy, MD**
Nonpriority Creditor's Name

**2829 Babcock Road, #438**
Number    Street

_____

**San Antonio**      **TX**    **78229**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

  **Medical Bill**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

### 4.32

**$1,500.00**

**Kidsville News!**
Nonpriority Creditor's Name
**20079 Stone Oak Parkway, Suite 1105-195**
Number    Street

_____

_____

**San Antonio**     **TX**    **78258**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

### 4.33

**$29,117.00**

**Lending Club**
Nonpriority Creditor's Name
**71 Stevenson St., Suite 300**
Number    Street

_____

_____

**San Francisco**     **CA**    **94105**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _7_ _6_ _4_ _3_
**When was the debt incurred?**   2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Loan**

### 4.34

**$8,443.00**

**Lou Spivack P.C.**
Nonpriority Creditor's Name
**5447 E. 5th Street, Sutie 205**
Number    Street

_____

_____

**Tucson**     **AZ**    **85711**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _0_ _6_ _0_ _6_
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Attorney for Teacher Created Resources, Inc**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.35

$30,037.00

**M&T Bank - Cardmember Service**
Nonpriority Creditor's Name
**PO Box 790408**
Number    Street

_____

**St. Louis**    **MO**    **63179-0408**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1**   **5**   **7**   **9**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Debt**

### 4.36

$17,914.00

**Midland Credit Management**
Nonpriority Creditor's Name
**PO Box 60578**
Number    Street

_____

**Los Angeles**    **CA**    **90060**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **9**   **5**   **0**   **3**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Debt**

### 4.37

$2,758.00

**Midland Funding**
Nonpriority Creditor's Name
**2365 Northside Dr Ste 300**
Number    Street

_____

**San Diego**    **CA**    **92108**
City    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **7**   **5**   **6**   **0**
**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Collecting for -Capital One Bank**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

<div style="text-align:right">

**Total claim**

</div>

**4.38**

<div style="text-align:right">

**$3,000.00**

</div>

**Mike Crothers**
Nonpriority Creditor's Name
**Aces Handyman Services**
Number     Street
**1540 W. Bitters Rd. #2023**

_____

**San Antonio          TX      78248**
City                   State   ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Services Rendered**

**4.39**

<div style="text-align:right">

**$51,848.00**

</div>

**National Funding, Inc.**
Nonpriority Creditor's Name
**9820 Towne Centre Drive**
Number     Street

_____

**San Diego          CA      92121**
City                 State   ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Business Loan/personal guarantee**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**        **05/13/2016**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Judgment**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.40

**Pentagon Federal Credit Union**
Nonpriority Creditor's Name
**PO Box 1432**
Number      Street
_____

**Alexandria**      **VA**      **22313-1432**
City          State    ZIP Code

**$11,174.00**

Last 4 digits of account number   0   6   7   9
When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

### 4.41

**Portfolio Recovery**
Nonpriority Creditor's Name
**PO Box 41021**
Number      Street
_____

**Norfolk**      **VA**      **23541**
City          State    ZIP Code

**$17,266.00**

Last 4 digits of account number   5   8   5   8
When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collecting for -Barclays Bank Delaware**

### 4.42

**Portfolio Recovery**
Nonpriority Creditor's Name
**P.O. Box 41021**
Number      Street
_____

**Norfolk**      **VA**      **23541**
City          State    ZIP Code

**$6,609.00**

Last 4 digits of account number   9   5   3   9
When was the debt incurred?   **2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collecting for -Barclays Bank Delaware**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |
|---|

| 4.43 | | **$48,756.00** |
|---|---|---|

**Real Time Resolutions, Inc.**
Nonpriority Creditor's Name
**1349 Empire Central Dr., Suite 150**
Number　　Street

_____

_____

**Dallas**　　　　**TX**　　**75247**
City　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2nd Mortgage- 1715 Mountain Cove**

**Last 4 digits of account number**　　0　4　9　8
**When was the debt incurred?**　　12/2005

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Mortgage**

| 4.44 | | **$2,393.00** |
|---|---|---|

**Receivables Control Corporation**
Nonpriority Creditor's Name
**7373 Kirkwood Court, Suite 200**
Number　　Street

_____

_____

**Minneapolis**　　　**MN**　　**55369**
City　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**　　1　3　5　8
**When was the debt incurred?**　　_____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for Trend Enterprises**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.45**

              **$1,006.00**

**Receivables Performance Mgmt**
Nonpriority Creditor's Name
**PO Box 1548**
Number     Street

Last 4 digits of account number   **1**  **5**  **3**  **3**

When was the debt incurred?   _____

**Lynnwood**      **WA**   **98036**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -Directv**

---

**4.46**

              **$1,204.00**

**Romanoff Products Inc**
Nonpriority Creditor's Name
**11 Brookside Ave**
Number     Street

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

**Chatham**      **NY**   **12037**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

---

**4.47**

              **$2,430.00**

**School Life**
Nonpriority Creditor's Name
**Wendy Holland**
Number     Street
**1235 North Blvd.**

Last 4 digits of account number   **5**  **8**  **8**  **9**

When was the debt incurred?   _____

**Universal City**     **TX**   **78148**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Business Debt**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.48 | | $1,036.00 |
|---|---|---|

**Security Service FCU**
Nonpriority Creditor's Name
**Complete Recovery**
Number       Street
**3500 5th Street**

_____

**Northport**              **AL    35476**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    5   4   2   2

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Overdraft**

| 4.49 | | $3,419.00 |
|---|---|---|

**Security Service FCU**
Nonpriority Creditor's Name
**P.O. Box 691510**
Number       Street

_____

**San Antonio**           **TX    78269-1510**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Money loaned**

| 4.50 | | $2,558.22 |
|---|---|---|

**Shawn D. Bartley and Associates LLC**
Nonpriority Creditor's Name
**8730 Georgia Ave., Suite 610**
Number       Street

_____

**Silver Spring**         **MD    20910**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney Fees**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.51**                                                                    **$36,352.00**

**Small Business Financial Solutions**
Nonpriority Creditor's Name
**c/o Raleigh Lancaster**
Number      Street
**4500 East West Highway, 6th floor**

_____

**Bethesda                    MD        20814**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __  __  __  __
When was the debt incurred?           _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Business Debt**

---

**4.52**                                                                    **$45,254.00**

**Sofi Lending Corp.**
Nonpriority Creditor's Name
**One Letterman Drive, Bldg A, Suite 4700**
Number      Street

_____

**San Francisco              CA        94129**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __4__  __8__  __8__  __3__
When was the debt incurred?           __2015__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Personal Loan**

---

**4.53**                                                                    **$46,137.00**

**Sofi Lending Corp.**
Nonpriority Creditor's Name
**One Letterman Drive, Bldg A, Suite 4700**
Number      Street

_____

**San Francisco              CA        94129**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __7__  __9__  __1__  __6__
When was the debt incurred?           _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Personal Loan**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.54

**$1,267.00**

**Spectrum**
Nonpriority Creditor's Name
**P.O. Box 460849**
Number     Street

_____

**San Antonio**     **TX**     **78246**
City     State     ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    9   0   9   1
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Services Rendered - formerly Time Warner**

### 4.55

**$369.00**

**Tate & Kirlin Associates**
Nonpriority Creditor's Name
**580 Middleton Blvd, Suite 240**
Number     Street

_____

**Langhonre**     **PA**     **19047**
City     State     ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    8   2   1   9
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for ADT Security**

### 4.56

**$4,575.00**

**The Beacon**
Nonpriority Creditor's Name
**P.O. Box 591490**
Number     Street

_____

**San Antonio**     **TX**     **78259**
City     State     ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Business Debt**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.57

**$24,571.00**

**U.S. Bank NA dba Elan Financial Services**
Nonpriority Creditor's Name
**PO Box 108**
Number        Street

_____

**Saint Louis        MO      63166**
City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

### 4.58

**$108.00**

**Verliance**
Nonpriority Creditor's Name
**43406 Business Park Drive**
Number        Street

_____

**Temecula        CA      92590-5526**
City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _5_ _1_ _9_ _7_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for State Farm**

### 4.59

**$93.00**

**W. Darrell Willerson, Jr., M.D., P.A.**
Nonpriority Creditor's Name
**303 E. Quincy, Suite 100**
Number        Street

_____

**San Antonio        TX      78215**
City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _0_ _8_ _2_ _8_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical Bill**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

### 4.60

| | | $66.00 |

**William E. Sponsel, M.D., PA**
Nonpriority Creditor's Name
**311 Camden St Suite 306**
Number        Street

_____

**San Antonio            TX      78215**
City                          State        ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Bill**

### 4.61

| | | $154.00 |

**William E. Sponsel, M.D., PA**
Nonpriority Creditor's Name
**311 Camden St Suite 306**
Number        Street

_____

**San Antonio            TX      78215**
City                          State        ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Bill**

### 4.62

| | | $24,641.00 |

**Windset Capitol Corporation**
Nonpriority Creditor's Name
**4168 West 12600 South, 2nd Floor**
Number        Street

_____

**Riverton            UT      84096**
City                          State        ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4  0  7  1
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Business Debt**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**281 East Homeowners Association**
Name
**c/o Diamond Association Management & Con**
Number        Street
**14603 Huebner Rd., Bldg 40**

**San Antonio            TX      78230**
City                         State   ZIP Code

**HOA- 1715 Mountain Cove**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Alltran Financial, LP**
Name
**200 14th Avenue East**
Number        Street

**Sartell                MN      56377**
City                         State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.53** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**American Recovery Services, Inc.**
Name
**555 St. Charles Dr., #100**
Number        Street

**Thousand Oaks          CA      91360**
City                         State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Attorney General of the US**
Name
**Department of Justice**
Number        Street
**950 Pennsylvania Ave. NW**

**Washington             DC      20530**
City                         State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Aurora Loan Services**
Name
**10350 Park Meadows Dr**
Number        Street

**Littleton              CO      80124**
City                         State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.43** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Client Services, Inc.**
Name
**3451 Harry S. Truman Blvd.**
Number      Street

**Saint Charles**        **MO**    **63301**
City                     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.21**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Client Services, Inc.**
Name
**3451 Harry S. Truman Blvd.**
Number      Street

**Saint Charles**        **MO**    **63301**
City                     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.20**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Client Services, Inc.**
Name
**3451 Harry S. Truman Blvd.**
Number      Street

**Saint Charles**        **MO**    **63301**
City                     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.19**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Client Services, Inc.**
Name
**3451 Harry S. Truman Blvd.**
Number      Street

**Saint Charles**        **MO**    **63301**
City                     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.18**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Comenity Bank/express**
Name
**Attn: Banruptcy**
Number      Street
**PO Box 182686**

**Columbus**             **OH**    **43218**
City                     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _9_ _5_ _0_ _3_

---

**Ditech Financial LLC fka Green Tree**
Name
**Servicing LLC**
Number      Street
**PO Box 6154**

**Rapid City**           **SD**    **57709**
City                     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.10**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

---

**Evans Kosut Davidson, PLLC**
Name
**16000 Stuebner Airline Rd., Suite 200**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.39**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Spring**      **TX**    **77379**
City       State    ZIP Code

---

**Financial Recovery Services, Inc.**
Name
**P.O. Box 385908**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line     of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Collecting for Barclay**   ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Bank**

**Last 4 digits of account number**   **O**   **3**   **8**   **7**

**Minneapolis**    **MN**    **55438-5908**
City       State    ZIP Code

---

**Internal Revenue Service**
Name
**P.O. Box 7346**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line     of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Required Notification**   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Philadelphia**    **PA**    **19101-7346**
City       State    ZIP Code

---

**John C. Hampton**
Name
**17918 Western Pass Lane**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.22**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**      **TX**    **77095**
City       State    ZIP Code

---

**Portfolio Recovery**
Name
**PO Box 41021**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.13**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Norfolk**      **VA**    **23541**
City       State    ZIP Code

---

**R.A. Rogers, Inc.**
Name
**PO Box 3302**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.40**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Crofton**      **MD**    **21114-0302**
City       State    ZIP Code

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
| --- | --- |

**Rausch Sturm Israel Enerson & Hornik**
Name
**15660 N. Dallas Pkwy, Ste 350**
Number    Street

**Dallas**    **TX**   **75248**
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Capitol**
**One Bank**
   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0**  **0**  **2**  **6**

---

**Scott & Associates, P.C.**
Name
**PO box 115220**
Number    Street

**Carrollton**    **TX**   **75011**
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
   ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Capitol One**
**Bank**
   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Sunrise Credit Services, Inc.**
Name
**P.O. Box 9100**
Number    Street

**Farmingdale**    **NY**   **11735**
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Bank of**
**America**
   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **4**  **9**  **4**  **4**

---

**The Degrasse Law Firm, P.C.**
Name
**1800 Bering Suite 1000**
Number    Street

**Houston**    **TX**   **77057**
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.3** of *(Check one):*
   ☐ Part 1: Creditors with Priority Unsecured Claims
   ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Transworld Systems Inc. TSI**
Name
**500 Virginia Dr., Suite 514**
Number    Street

**Ft.Washington**    **PA**   **19044**
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Carson**
**Ellosa Publishing**
   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **7**  **8**  **9**  **9**

---

**US Attorney's Office**
Name
**601 NW Loop 410, Ste 600**
Number    Street

**San Antonio**    **TX**   **78216**
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**
   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**VA Regional Office**
Name
**Office of District Counsel**
Number    Street
**2515 Murworth Dr**

**Houston**            **TX**    **77054**
City                  State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

**Required Notification**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

**Zwicker & Associates, P.C.**
Name
**Old Town Square 1**
Number    Street
**Chisholm Trail, Ste. 301**

**Round Rock**         **TX**    **78681**
City                  State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

**Attorney for Discover and SOFI**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6.    **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a.   **Domestic support obligations** | 6a. | **$0.00** |
| | 6b.   **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c.   **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d.   **Other.**   Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | **$0.00** |
| | 6e.   **Total.**   Add lines 6a through 6d. | 6d. | **$0.00** |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f.   **Student loans** | 6f. | **$0.00** |
| | 6g.   **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h.   **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i.   **Other.**   Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | **$1,018,189.22** |
| | 6j.   **Total.**   Add lines 6f through 6i. | 6j. | **$1,018,189.22** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **Gregory** | **Moss** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| **2.1** | **Daniel & Britny Rivera**<br>Name<br>**c/o MHN Property Management, LLC**<br>Number Street<br>**7300 Blanco Rd Ste 403**<br><br>**San Antonio**      **TX**    **78216**<br>City         State     ZIP Code | Lease of house- 514 Midway Crest, San Antonio, TX 78258<br>**Contract to be ASSUMED** |
| **2.2** | **Hill Country Propane & Storage**<br>Name<br>**33240 US-281**<br>Number Street<br><br>**Bulverde**      **TX**    **78163**<br>City         State     ZIP Code | Month to month lease of storage unit<br>**Contract to be ASSUMED** |

| Debtor 1 | **Charles** | **Gregory** | **Moss** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☑ No
      ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **The Right Supplies, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **514 Midway Crest** | | |
| | Number | Street | |
| | | | |
| | **San Antonio** | **TX** | **78258** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.39**
☐ Schedule G, line _____
**National Funding, Inc.**

| 3.2 | **The Right Supplies, LLC** | | |
|---|---|---|---|
| | Name | | |
| | **514 Midway Crest** | | |
| | Number | Street | |
| | | | |
| | **San Antonio** | **TX** | **78258** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.62**
☐ Schedule G, line _____
**Windset Capitol Corporation**

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.3**    **The Right Supplies, LLC**
Name
**514 Midway Crest**
Number        Street

_____

**San Antonio**                **TX**        **78258**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.35**
☐ Schedule G, line _____
**M&T Bank - Cardmember Service**

---

**3.4**    **The Right Supplies, LLC**
Name
**514 Midway Crest**
Number        Street

_____

**San Antonio**                **TX**        **78258**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.36**
☐ Schedule G, line _____
**Midland Credit Management**

---

**3.5**    **The Right Supplies, LLC**
Name
**514 Midway Crest**
Number        Street

_____

**San Antonio**                **TX**        **78258**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.32**
☐ Schedule G, line _____
**Kidsville News!**

---

**3.6**    **The Right Supplies, LLC**
Name
**514 Midway Crest**
Number        Street

_____

**San Antonio**                **TX**        **78258**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.46**
☐ Schedule G, line _____
**Romanoff Products Inc**

---

**3.7**    **The Right Supplies, LLC**
Name
**514 Midway Crest**
Number        Street

_____

**San Antonio**                **TX**        **78258**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.47**
☐ Schedule G, line _____
**School Life**

---

**3.8**    **The Right Supplies, LLC**
Name
**514 Midway Crest**
Number        Street

_____

**San Antonio**                **TX**        **78258**
City                                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.56**
☐ Schedule G, line _____
**The Beacon**

---

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.9 | **The Right Supplies, LLC** |
|---|---|

Name

**514 Midway Crest**

Number    Street

_____

**San Antonio**           **TX**      **78258**

City                      State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line __**4.29**__

☐ Schedule G, line _____

**Highsmith**

| 3.10 | **The Right Supplies, LLC** |
|---|---|

Name

**514 Midway Crest**

Number    Street

_____

**San Antonio**           **TX**      **78258**

City                      State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line __**4.11**__

☐ Schedule G, line _____

**Can Capital Asset Servicing Inc**

| 3.11 | **The Right Supplies, LLC** |
|---|---|

Name

**514 Midway Crest**

Number    Street

_____

**San Antonio**           **TX**      **78258**

City                      State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line __**4.4**__

☐ Schedule G, line _____

**Ashley Productions Inc**

| 3.12 | **The Right Supplies, LLC** |
|---|---|

Name

**514 Midway Crest**

Number    Street

_____

**San Antonio**           **TX**      **78258**

City                      State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line __**4.17**__

☐ Schedule G, line _____

**Charles Leonard Inc**

| 3.13 | **The Right Supplies, LLC** |
|---|---|

Name

**514 Midway Crest**

Number    Street

_____

**San Antonio**           **TX**      **78258**

City                      State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line __**4.27**__

☐ Schedule G, line _____

**Freedman & Price, P.C.**

| 3.14 | **The Right Supplies, LLC** |
|---|---|

Name

**514 Midway Crest**

Number    Street

_____

**San Antonio**           **TX**      **78258**

City                      State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line __**4.28**__

☐ Schedule G, line _____

**Gallopade International Inc**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.15 | **The Right Supplies, LLC** |
|---|---|
| | Name |

**514 Midway Crest**
Number    Street

_____

**San Antonio**          **TX**      **78258**
City                          State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line ___**4.30**___

☐ Schedule G, line _____

**Joseph Mann & Creed**

| 3.16 | **The Right Supplies, LLC** |
|---|---|
| | Name |

**514 Midway Crest**
Number    Street

_____

**San Antonio**          **TX**      **78258**
City                          State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line ___**4.34**___

☐ Schedule G, line _____

**Lou Spivack P.C.**

| 3.17 | **The Right Supplies, LLC** |
|---|---|
| | Name |

**514 Midway Crest**
Number    Street

_____

**San Antonio**          **TX**      **78258**
City                          State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line ___**4.44**___

☐ Schedule G, line _____

**Receivables Control Corporation**

| Debtor 1 | **Charles** | **Gregory** | **Moss** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sheryl** | **Lynn** | **Moss** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| Occupation | | **Self-Employed** | **Self-Employed** |
| Employer's name | | | |
| Employer's address | | Number Street | Number Street |
| | | City    State   Zip Code | City    State   Zip Code |
| How long employed there? | | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1    **Charles Gregory Moss**
Debtor 2    **Sheryl Lynn Moss**

Case number (if known) _____

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here .............................................. ➔ | 4. | **$0.00** | **$0.00** |

**5.** **List all payroll deductions:**

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | **$0.00** |
| 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. Insurance | 5e. | **$0.00** | **$0.00** |
| 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| 5h. Other deductions.  Specify: _____ | 5h. + | **$0.00** | **$0.00** |

| | | | |
|---|---|---|---|
| **6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$0.00** | **$0.00** |
| **7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** |

**8.** **List all other income regularly received:**

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$1,707.00** | **($175.00)** |

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | |
|---|---|---|---|
| Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| 8h. Other monthly income.  Specify: _____ | 8h. + | **$0.00** | **$0.00** |

| | | | |
|---|---|---|---|
| **9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$1,707.00** | **($175.00)** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **10.** **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$1,707.00** | + | **($175.00)** | = | **$1,532.00** |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| | | | |
|---|---|---|---|
| Specify: _____ | 11. + | | **$0.00** |

| | | | |
|---|---|---|---|
| **12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | | **$1,532.00** |
| | | | **Combined monthly income** |

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**

☐ Yes. Explain:

8a.  Attached Statement (Debtor 1)

## Legal Shield

**Gross Monthly Income:**                                 **$972.00**

| Expense | Category | Amount |
|---|---|---|
| Advertising | Advertising | **$21.00** |
| Business/legal consulting | | **$69.00** |

**Total Monthly Expenses**                              **$90.00**

**Net Monthly Income:**                                     **$882.00**

8a.  Attached Statement (Debtor 2)

### The Right Supplies LLC

**Gross Monthly Income:**                                                                $884.00

| Expense | Category | Amount |
|---|---|---|
| Taxes and Licences | Taxes | **$105.00** |
| Advertising | Advertising | **$115.00** |
| Office supplies | | **$8.00** |
| Payment system fees | Bank Fees | **$103.00** |
| Storage | Rent | **$70.00** |
| Legal fees | | **$89.00** |
| Vendor fees | | **$27.00** |
| Postage/shipping | | **$10.00** |
| Software | | **$67.00** |
| Subscriptions/dues | | **$10.00** |
| Cost of Goods Sold | | **$429.00** |
| Inventory purchase | | **$26.00** |

**Total Monthly Expenses**                                                            $1,059.00

**Net Monthly Income:**                                                                ($175.00)

| Debtor 1 | Charles | Gregory | Moss |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Sheryl | Lynn | Moss |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:        Describe Your Household

1.    **Is this a joint case?**

☐ No.  Go to line 2.

☑ Yes.  **Does Debtor 2 live in a separate household?**

☑ No

☐ Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.    **Do you have dependents?**            ☑ No

Do not list Debtor 1 and                     ☐ Yes.  Fill out this information
Debtor 2.                                            for each dependent..................

Do not state the dependents'
names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.    **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:        Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.    **The rental or home ownership expenses for your residence.**        4.        **$2,500.00**
Include first mortgage payments and any rent for the ground or lot.                    **(Rent)**

**If not included in line 4:**

4a.   Real estate taxes                                                                          4a.    _____

4b.   Property, homeowner's, or renter's insurance                             4b.    _____

4c.   Home maintenance, repair, and upkeep expenses                      4c.    _____

4d.   Homeowner's association or condominium dues                         4d.    _____

**Your expenses**

| | | |
|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| **6.** | **Utilities:** | |
| | 6a.　Electricity, heat, natural gas | 6a. **$200.00** |
| | 6b.　Water, sewer, garbage collection | 6b. _____ |
| | 6c.　Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ |
| | 6d.　Other.  Specify: _____ | 6d. _____ |
| **7.** | **Food and housekeeping supplies**　　　　　　**(Food)** | 7. **$260.00** |
| **8.** | **Childcare and children's education costs** | 8. _____ |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. _____ |
| **10.** | **Personal care products and services** | 10. _____ |
| **11.** | **Medical and dental expenses** | 11. _____ |
| **12.** | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. **$140.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| **14.** | **Charitable contributions and religious donations** | 14. _____ |
| **15.** | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.　Life insurance | 15a. **$128.00** |
| | 15b.　Health insurance | 15b. _____ |
| | 15c.　Vehicle insurance | 15c. **$100.00** |
| | 15d.　Other insurance.  Specify: _____ | 15d. _____ |
| **16.** | **Taxes.**　Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| **17.** | **Installment or lease payments:** | |
| | 17a.　Car payments for Vehicle 1 | 17a. _____ |
| | 17b.　Car payments for Vehicle 2 | 17b. _____ |
| | 17c.　Other.  Specify: _____ | 17c. _____ |
| | 17d.　Other.  Specify: _____ | 17d. _____ |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | **(Mortgage on rental property)** 20a. | **$561.00** |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | **$25.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21. Other.** Specify: _____ 21. **+** _____

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$3,914.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$3,914.00** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$1,532.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** | **$3,914.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($2,382.00)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **Gregory** | **Moss** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

   1a.  Copy line 55, Total real estate, from Schedule A/B............................................................... **$91,350.00**

   1b.  Copy line 62, Total personal property, from Schedule A/B.......................................................... **$63,720.00**

   1c.  Copy line 63, Total of all property on Schedule A/B..................................................................... **$155,070.00**

## Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 106D)
   2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$68,853.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... **$0.00**

   3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** **$1,018,189.22**

   **Your total liabilities** **$1,087,042.22**

## Part 3:  Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I............................................................................ **$1,532.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J................................................................................... **$3,914.00**

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑   Yes

7. **What kind of debt do you have?**

   ☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

                                 **$2,392.64**

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

                                                             **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

9a. Domestic support obligations. (Copy line 6a.)                  **$0.00**

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)         **$0.00**

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)      **$0.00**

9d. Student loans. (Copy line 6f.)                           **$0.00**

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)          **$0.00**

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   **+**        **$0.00**

9g. **Total.** Add lines 9a through 9f.                             **$0.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **Gregory** | **Moss** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Charles Gregory Moss** _____
Charles Gregory Moss, Debtor 1

X **/s/ Sheryl Lynn Moss** _____
Sheryl Lynn Moss, Debtor 2

Date **08/07/2019** _____
MM / DD / YYYY

Date **08/07/2019** _____
MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **Gregory** | **Moss** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1.** **What is your current marital status?**
☑ Married
☐ Not married

**2.** **During the last 3 years, have you lived anywhere other than where you live now?**
☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **1715 Mountain Cove** | From **2005** | | From ____ |
| Number    Street | To **03/2019** | Number    Street | To ____ |
| **San Antonio    TX    78258** | | | |
| City    State    ZIP Code | | City    State    ZIP Code | |

**3.** **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| **Part 2:** | **Explain the Sources of Your Income** |

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☒ Yes.  Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $1,685.00 | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $4,352.00 |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $9,000.00 (est.) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $210,000.00 (est.) |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $11,428.00 | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $17,046.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

    ☐ No
    ☒ Yes.  Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Rental Income | $3,300.00 | | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | Rental Income | $9,900.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | Rental Income | $9,900.00 | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐  No.  Go to line 7.

☐  Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the
total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑  Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.  Go to line 7.

☑  Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Bank of America, N.A.** <br> Creditor's name <br> **PO Box 31785** <br> Number      Street <br><br> **Tampa**        **FL    33631** <br> City                  State    ZIP Code | **Feb 2019** <br> **Mar 2019** <br> **April 2019** <br><br> **$561 x 3** | **$1,683.00** | **$66,346.00** | ☑ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
such as child support and alimony.

☑  No
☐  Yes.  List all payments to an insider.

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes.  List all payments that benefited an insider.

---

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9.    Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **National Funding, Inc vs The Right Supplies, LLC and Charles Moss**<br><br>Case number **BC632468** | **Collection/Breach of Contract** | **Los Angeles Superior Court**<br>Court Name<br>**Stanley Mosk Courthouse**<br>Number    Street<br>**111 North Hill Street**<br><br>**Los Angeles        CA        90012**<br>City                      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Discover Bank vs Sheryl Moss**<br><br>Case number **2017CI15884** | **Suit on credit card** | **37th District Court**<br>Court Name<br>**Bexar County, Texas**<br>Number    Street<br>**100 Dolorosa**<br><br>**San Antonio        TX        78205**<br>City                      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Capital One Bank (US) N.A. vs Charles G. Moss**<br><br>Case number **31DC1703652** | **Suit on credit card** | **Bexar County JP Court Pct 3, Place 2**<br>Court Name<br>**8918 Tesoro Dr #300**<br>Number    Street<br><br>**San Antonio        TX        78217**<br>City                      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Small Business Financial Solutions LLC vs Rigth Supplies LLC et al**<br><br>Case number **425970-V** | **Suit on debt** | **Circuit Court for Montgomery County, Maryland**<br>Court Name<br><br>Number    Street<br><br><br>City                      State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor 1 | Charles Gregory Moss | |
|---|---|---|
| Debtor 2 | Sheryl Lynn Moss | Case number (if known) _____ |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Credit Human Federal Credit Union vs. Charles G Moss** | **Collection suit** | **County Court at Law No. 10** <br> Court Name <br> **Bexar County, Texas** <br> Number    Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number  **2018CV04538** | | _____ <br> City                State      ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Charles G. Moss and Sheryl L. Moss v. BSI Financial Services** | **Temporary Restraining Order** | **438th Judicial District Court** <br> Court Name <br> **Bexar County, Texas** <br> Number    Street <br> **100 Dolorosa** | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number  **2018-CI-22712** | | **San Antonio        TX      78205** <br> City                State      ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **American Express National Bank vs. Charles G. Moss** | **Collection suit** | **District Court** <br> Court Name <br> **Bexar County, Texas** <br> Number    Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number  **2019CI05687** | | _____ <br> City                State      ZIP Code | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☑ Yes.  Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Credit Human Federal Credit Union** <br> Creditor's Name | **2008 Infiniti QX56** | **10/2018** | **$7,600.00** |
| **PO Box 1356** <br> Number    Street | **Explain what happened** | | |
| | ☑ Property was repossessed. | | |
| **San Antonio        TX      78295** <br> City                State      ZIP Code | ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed Tithes/donations | Date you contributed | Value |
|---|---|---|---|
| **Christian Family Church International** <br> Charity's Name | | **2018** | **$2,331.00** |
| **3607 N. Loop 1604 E.** <br> Number      Street | | **2019** | **$1,200.00** |
| | | | |
| **San Antonio**          **TX**     **78247** <br> City                                State      ZIP Code | | | |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Malaise Law Firm** <br> Person Who Was Paid <br><br> **909 NE Loop 410, STE 300** <br> Number    Street <br><br> **San Antonio TX, 78209** <br><br><br> _____ <br> City     State    ZIP Code <br><br> _____ <br> Email or website address <br><br> _____ <br> Person Who Made the Payment, if Not You | **Attorney fees $2,500** <br> **Credit report $80** <br> **Credit counseling $22** <br> **Financial mgmt $20** <br> **Filing fee $335** | **12/12/2018** <br><br> _____ | **$2,957.00** <br><br> _____ |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

   Do not include any payment or transfer that you listed on line 16.

   ☐ No
   ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MASS Law Firm, PLLC** <br> Person Who Was Paid <br><br> **3201 Cherry Ridge St. Ste C 300** <br> Number    Street <br><br><br> **San Antonio**    **TX**    **78230** <br> City     State    ZIP Code | **Paid $1,500 to file Temporary Restraining Order to postpone foreclosure.** | **12/3/2018** <br><br> _____ | **$1,500.00** <br><br> _____ |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

   Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☐ No
   ☑ Yes. Fill in the details.

| Debtor 1 | **Charles Gregory Moss** | |
|---|---|---|
| Debtor 2 | **Sheryl Lynn Moss** | Case number (if known) |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **William Lockhart, Kre-Sante Gordon &** <br> Person Who Received Transfer <br><br> **Patrick Gray** <br> Number    Street <br><br> **16106 Los Sedona** <br><br> **Helotes            TX        78023** <br> City                    State      ZIP Code <br><br> Person's relationship to you **None** | **Sale of property at 1715 Mountain Cove San Antonio, TX  78258** | **Debtors rec'd $10k at closing and used funds for household expenses.  Additional $10k was held in escrow and house was rented to Debtors for $2,400/mo from Jan 2019 to March 2019.  Debtors rec'd remaining $10k less rent paid at the end of March 2019.  Buyers to payoff balance on 1st and 2nd mortgages and pay HOA arrears.** | **12/3/2018** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

   ☑ No
   ☐ Yes. Fill in the details.

**Part 8:      List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☑ No
   ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ☑ No
   ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☐ No
   ☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Hill Country Propane & Storage** <br> Name of Storage Facility <br><br> **33240 US-281** <br> Number    Street <br><br><br> **Bulverde          TX    78163** <br> City                    State   ZIP Code | **N/A** <br> Name <br><br> _____ <br> Number    Street <br><br><br> _____ <br> City                      State   ZIP Code | **Business fixtures; shelves & racks** <br><br> **(The Right Supplies, LLC)** | ☐ No <br> ☑ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes.  Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes.  Fill in the details.

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes.  Fill in the details.

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No

☐ Yes.  Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No.** None of the above applies. Go to Part 12.

☑ **Yes.** Check all that apply above and fill in the details below for each business.

**LegalShield**
Business Name

**514 Midway Crest**
Number    Street

_____

**San Antonio        TX    78258**
City                    State   ZIP Code

Describe the nature of the business
**Sales- Pre-paid legal services**

Name of accountant or bookkeeper
**Larry C Rosenman CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From    **2008**    To    **Present**

**The Right Supplies, LLC**
Business Name

**514 Midway Crest**
Number    Street

_____

**San Antonio        TX    78258**
City                    State   ZIP Code

Describe the nature of the business
**Sales- Educational materials/teacher supplies**

Name of accountant or bookkeeper
**Larry C. Rosenman CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **4 7** – **1 0 2 5 3 0 7**

Dates business existed

From    **2014**    To    **Present**

**N The Air**
Business Name

**1715 Mountain Cove**
Number    Street

_____

**San Antonio        TX    78258**
City                    State   ZIP Code

Describe the nature of the business
**Aviation Management- Business name registered but never conducted business or had income**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **4 7** – **1 0 1 9 2 7 6**

Dates business existed

From    **11/2013**    To    **2015**

**Neurodiagnostics**
Business Name

**1715 Mountain Cove**
Number    Street

_____

**San Antonio        TX    78258**
City                    State   ZIP Code

Describe the nature of the business
**Mobile diagnostics services**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From    **2006**    To    **2015**

**Garrison Castle LLC**

Business Name

**2360 Corporate Circle, Suite 400**

Number    Street

_____

**Henderson        NV    89074**

City            State    ZIP Code

**Describe the nature of the business**

**Real Estate Management-
Business name registered but never
conducted business or had income**

**Name of accountant or bookkeeper**

**Employer Identification number**

**Do not include Social Security number or ITIN.**

EIN: _4_ _7_ – _1_ _0_ _2_ _5_ _4_ _6_ _4_

**Dates business existed**

**From** _____2013_____ **To** ____2015____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include
    all financial institutions, creditors, or other parties.**

☑ No

☐ Yes.  Fill in the details below.

Debtor 1    **Charles Gregory Moss**

Debtor 2    **Sheryl Lynn Moss** _____    Case number (if known) _____

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X /s/ Charles Gregory Moss** _____     **X /s/ Sheryl Lynn Moss** _____

    Charles Gregory Moss, Debtor 1                  Sheryl Lynn Moss, Debtor 2

    Date     **08/07/2019**                        Date     **08/07/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice,*
                                                            *Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: |

**Fill in this information to identify your case:**

| Debtor 1 | **Charles** | **Gregory** | **Moss** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

1.   For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Bank of America, N.A.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Description of property securing debt:  **6050 Castle Queen** | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| Lessor's name:  **Daniel & Britny Rivera**<br>Description of leased property:  **Lease of house- 514 Midway Crest, San Antonio, TX  78258** | ☐ No<br>☑ Yes |

**Describe your unexpired personal property leases**

| | | Will this lease be assumed? |
|---|---|---|
| Lessor's name: | **Hill Country Propane & Storage** | ☐ No |
| Description of leased property: | **Month to month lease of storage unit** | ☒ Yes |

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.**

X **/s/ Charles Gregory Moss**             X **/s/ Sheryl Lynn Moss**

Charles Gregory Moss, Debtor 1               Sheryl Lynn Moss, Debtor 2

Date  **08/07/2019**                   Date  **08/07/2019**

      MM / DD / YYYY                        MM / DD / YYYY

## CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Statement of Intention for Individuals Filing Under Chapter 7 was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date  **8/7/2019**                                **/s/ J. Todd Malaise**

                                                  **J. Todd Malaise**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Charles Gregory Moss**　　　　　　　　　　　Case No. _____
　　　　**Sheryl Lynn Moss**

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**7**　_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

　　For legal services, I have agreed to accept................................................................　**$2,500.00**

　　Prior to the filing of this statement I have received........................................................　**$2,500.00**

　　Balance Due............................................................................................................　**$0.00**

2. The source of the compensation paid to me was:
　　　☑ Debtor　　　　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
　　　☑ Debtor　　　　　　　☐ Other (specify)

4. ☑　I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐　I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

　　b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black;">

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/07/2019 | /s/ J. Todd Malaise |
| --- | --- |
| *Date* | *J. Todd Malaise*                Bar No.  00796984 |
| | Malaise Law Firm |
| | 909 NE Loop 410, STE 300 |
| | San Antonio TX, 78209 |
| | Phone: (210) 732-6699 / Fax: (210) 732-5826 |

</div>

/s/ Charles Gregory Moss

*Charles Gregory Moss*

/s/ Sheryl Lynn Moss

*Sheryl Lynn Moss*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Charles Gregory Moss**                                    CASE NO
         **Sheryl Lynn Moss**
                                                                     CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  8/7/2019                                    Signature   /s/ Charles Gregory Moss
                                                              *Charles Gregory Moss*


Date  8/7/2019                                    Signature   /s/ Sheryl Lynn Moss
                                                              *Sheryl Lynn Moss*

281 East Homeowners Association
c/o Diamond Association Management & Con
14603 Huebner Rd., Bldg 40
San Antonio, TX 78230


All States Services
PO Box 94258
Las Vegas, NV  89193


Alltran Financial, LP
PO Box 610
Sauk Rapids, MN 56379


Alltran Financial, LP
200 14th Avenue East
Sartell, MN 56377


American Express
PO Box 981537
El Paso, Texas 79998


American Recovery Services, Inc.
555 St. Charles Dr., #100
Thousand Oaks, CA 91360


Ashley Productions Inc
110 Ashley Road
Newtown Square, PA  19073


Attorney General of the US
Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530


Aurora Loan Services
10350 Park Meadows Dr
Littleton, CO 80124

Bank of America, N.A.
PO Box 31785
Tampa, FL 33631


Barnett & Garcia
3821 Juniper Trace, Suite 108
Austin, TX 78738


BBVA/Compass Bank
2009 Beltline Road SW
Decatur, AL 35603


Bexar County
c/o Don Stecker
Linebarger Goggan Blair & Sampson
711 Navarro, Ste. 300
San Antonio, TX 78205

Biehl & Biehl, Inc
325 E. Fullerton Ave.
Carol Stream, IL 60188


BSI Financial Services
PO Box 517
Titusville, PA 16354


Can Capital Asset Servicing Inc
155 North 400 west, Sutie 315
Salt Lake City, UT  84103


Capital One Bank
P.O. Box 71083
Richmond, VA 23285


Capital One Bank
P.O. Box 71083
Charlotte, NC 28272

Charles Leonard Inc
145 Kenndy Drive
PO Box 18048
Hauppauge, NY  11788


Chase
PO Box 15298
Wilmington, DE 19801


Chase
PO Box 15298
Wilmington, DE 19850


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Comenity Bank/express
Attn: Banruptcy
PO Box 182686
Columbus, OH 43218


Credit Human Federal Credit Union
PO Box 1356
San Antonio, TX 78295


Credit Human Federal Credit Union
PO Box 1356
San Antonio, TX 78232


Daniel & Britny Rivera
c/o MHN Property Management, LLC
7300 Blanco Rd Ste 403
San Antonio, TX 78216


Discover Bank
Discover Bank Products Inc
PO Box 3025
New Albany, OH 43054

Ditech Financial LLC fka Green Tree
Servicing LLC
PO Box 6154
Rapid City, SD 57709


Evan-Moor Educational Publishers
18 Lower Ragsdale Drive
Monterey, CA  93940-5746


Evans Kosut Davidson, PLLC
16000 Stuebner Airline Rd., Suite 200
Spring, TX 77379


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438-5908


Freedman & Price, P.C.
1102 West Avenue, Suite 200
Austin, TX 78701


Gallopade International Inc
P.O. Box 2779
Peachtree City, GA  30269


Highsmith
P.O. Box 8010
Madison, WI  53708-8010


Hill Country Propane & Storage
33240 US-281
Bulverde, TX 78163


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John C. Hampton
17918 Western Pass Lane
Houston, TX 77095


Joseph Mann & Creed
8948 Canyon Falls Blvs Suite 200
Twinsburg, OH  44087


Josephine Ruiz-Healy, MD
2829 Babcock Road, #438
San Antonio, TX 78229


Kidsville News!
20079 Stone Oak Parkway, Suite 1105-195
San Antonio, TX  78258


Lending Club
71 Stevenson St., Suite 300
San Francisco, CA 94105


Lou Spivack P.C.
5447 E. 5th Street, Sutie 205
Tucson, AZ  85711


M&T Bank - Cardmember Service
PO Box 790408
St. Louis, MO  63179-0408


Midland Credit Management
PO Box 60578
Los Angeles, CA 90060


Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Mike Crothers
Aces Handyman Services
1540 W. Bitters Rd. #2023
San Antonio, TX 78248


National Funding, Inc.
9820 Towne Centre Drive
San Diego, CA 92121


Pentagon Federal Credit Union
PO Box 1432
Alexandria, VA  22313-1432


Portfolio Recovery
PO Box 41021
Norfolk, VA 23541


Portfolio Recovery
P.O. Box 41021
Norfolk, VA 23541


R.A. Rogers, Inc.
PO Box 3302
Crofton, MD  21114-0302


Rausch Sturm Israel Enerson & Hornik
15660 N. Dallas Pkwy, Ste 350
Dallas, TX 75248


Real Time Resolutions, Inc.
1349 Empire Central Dr., Suite 150
Dallas, TX 75247


Receivables Control Corporation
7373 Kirkwood Court, Suite 200
Minneapolis, MN 55369

Receivables Performance Mgmt
PO Box 1548
Lynnwood, WA 98036


Romanoff Products Inc
11 Brookside Ave
Chatham, NY  12037


School Life
Wendy Holland
1235 North Blvd.
Universal City, TX  78148


Scott & Associates, P.C.
PO box 115220
Carrollton, TX 75011


Security Service FCU
Complete Recovery
3500 5th Street
Northport, AL  35476


Security Service FCU
P.O. Box 691510
San Antonio, TX 78269-1510


Shawn D. Bartley and Associates LLC
8730 Georgia Ave., Suite 610
Silver Spring, Maryland  20910


Small Business Financial Solutions
c/o Raleigh Lancaster
4500 East West Highway, 6th floor
Bethesda, Maryland  20814


Sofi Lending Corp.
One Letterman Drive, Bldg A, Suite 4700
San Francisco, CA 94129

Spectrum
P.O. Box 460849
San Antonio, TX 78246


Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735


Tate & Kirlin Associates
580 Middleton Blvd, Suite 240
Langhonre, PA  19047


The Beacon
P.O. Box 591490
San Antonio, TX  78259


The Degrasse Law Firm, P.C.
1800 Bering Suite 1000
Houston, TX 77057


The Right Supplies, LLC
514 Midway Crest
San Antonio, TX 78258


Transworld Systems Inc. TSI
500 Virginia Dr., Suite 514
Ft.Washington, PA  19044


U.S. Bank NA dba Elan Financial Services
PO Box 108
Saint Louis, MO 63166


US Attorney's Office
601 NW Loop 410, Ste 600
San Antonio, TX 78216

VA Regional Office
Office of District Counsel
2515 Murworth Dr
Houston, TX 77054


Verliance
43406 Business Park Drive
Temecula, CA  92590-5526


W. Darrell Willerson, Jr., M.D., P.A.
303 E. Quincy, Suite 100
San Antonio, TX 78215


William E. Sponsel, M.D., PA
311 Camden St Suite 306
San Antonio, TX 78215


Windset Capitol Corporation
4168 West 12600 South, 2nd Floor
Riverton, Utah  84096


Zwicker & Associates, P.C.
Old Town Square 1
Chisholm Trail, Ste. 301
Round Rock, TX 78681

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Charles** | **Gregory** | **Moss** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Sheryl** | **Lynn** | **Moss** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0.00 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$0.00** | **$0.00** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | **$0.00** |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | **$0.00** |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $371.57 | $1,360.21 | | | |
| Ordinary and necessary operating expenses | − $26.64 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $344.93 | $1,360.21 | Copy here ➔ | $344.93 | $1,360.21 |

See continuation page(s) for details

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $687.50 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $687.50 | $0.00 | Copy here ➔ | $687.50 | $0.00 |

**7. Interest, dividends, and royalties**      $0.00     $0.00

**8. Unemployment compensation**      $0.00     $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................↓

For you.............................................................. $0.00

For your spouse................................................. $0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.      $0.00     $0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____

_____

Total amounts from separate pages, if any.    + _____   + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $1,032.43 | + | $1,360.21 | = | $2,392.64 |
|---|---|---|---|---|

**Total current monthly income**

## Part 2:    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➔    12a.    $2,392.64

    Multiply by 12 (the number of months in a year).    X    12

    12b. The result is your annual income for this part of the form.    12b.    $28,711.68

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    **Texas**

    Fill in the number of people in your household.    **2**

    Fill in the median family income for your state and size of household...........................................    13.    $65,429.00

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
    Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
    Go to Part 3 and fill out Form 122A-2.

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Charles Gregory Moss**    X **/s/ Sheryl Lynn Moss**

Charles Gregory Moss, Debtor 1    Sheryl Lynn Moss, Debtor 2

Date __**8/7/2019**__    Date __**8/7/2019**__
MM / DD / YYYY    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## 5.  Net income from operating a business, profession, or farm (details):

| Debtor 1 / Debtor 2 | Description (if available) | Average Monthly Amount |
|---|---|---|
| **Debtor 1** | **LegalShield** | |
| Gross receipts (before all deductions) | | **$371.57** |
| Ordinary and necessary operating expenses | | **$26.64** |
| Net monthly income from a business, profession, or farm | | **$344.93** |
| | | |
| **Debtor 2** | **The Right Supplies LLC** | |
| Gross receipts (before all deductions) | | **$1,360.21** |
| Ordinary and necessary operating expenses | | **$0.00** |
| Net monthly income from a business, profession, or farm | | **$1,360.21** |